UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BORIS RJAVINSKI,

                                                            Civil Case No. 19-cv-11459

           Plaintiff,

v.

WELLS FARGO SECURITIES LLC, and MICHAEL
SCHUMACHER, in his individual and professional
capacity

           Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

I, Michael C. Ward, hereby notify the Court and the parties of record of my appearance as counsel for Plaintiff in the above-captioned action.  I am admitted to practice in this Court, and request that service of all papers filed in this action be made upon me at the address set forth below.

Dated:  New York, New York
        December 18, 2019

                                              **BARTON LLP**

                                              By:_____/s/ Michael C. Ward_____
                                                        Michael C. Ward

                                             711 Third Avenue, 14th Floor
                                           New York, New York 10017
                                           (212) 687-6262
                                           mward@bartonesq.com

                                           *Attorneys for Plaintiff*
                                           *Boris Rjavinski*